<pre>
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
</pre>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:17-cr-00008-HDM-WGC-1 |
| | ) | |
| vs. | ) | |
| | ) | MINUTES OF COURT |
| CONNER TIMOTHY WOODS (D-1), | ) | |
| | ) | |
| Defendant. | ) | January 25, 2018 |

**PROCEEDINGS:** EVIDENTIARY HEARING RE: DEFENDANT WOODS'
[62] MOTION TO SUPPRESS

**PRESENT:**
<u>THE HONORABLE HOWARD D. McKIBBEN</u>, SENIOR U.S. DISTRICT JUDGE

**Deputy Clerk:** <u>Paris Rich</u>   **Reporter:** <u>Margaret Griener</u>

**Counsel for Plaintiff:** <u>Megan Rachow, AUSA</u>

**Counsel for Defendant Woods:** <u>Leah Wigren, CJA</u>

At 10:30 a.m., the Court convenes.

The Defendant (In Custody with legs-only restraints) is present with counsel.

The Government is present with Christopher Boland, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives.

The Court addresses the USM request for legs-only shackling of the Defendant for purposes of the hearing this date. Ms. Wigren recites objection. The Court recites findings. **IT IS ORDERED, the Defense's request for the unshackling of Defendant is DENIED.**

The parties stipulate to the rule of exclusion.

RICHARD SEDGWICK, Deputy, Sonoma County Sheriff's Office, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, examined by the Court, cross-examined by Ms. Wigren, examined on redirect by Ms. Rachow, re-cross examined by Ms. Wigren, and excused.

SCOTT McKINNON, Detective, Sonoma County Sheriff's Office, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, examined by the Court, cross-examined by Ms. Wigren, and excused.

**IT IS ORDERED, the Government's Exhibit 3 is received into evidence.**

TIMOTHY FARRELL, Senior Deputy Probation Officer, Marin County Probation Department, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, examined by the Court, cross-examined by Ms. Wigren, and excused.

**IT IS ORDERED, the Government's Exhibit 1 is received into evidence.**

KEITH GLAWSON, Parole Agent III, Sonoma County Sheriff's Department, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, cross-examined by Ms. Wigren, examined by the Court, and excused.

**IT IS ORDERED, the Government's Exhibit 2 is received into evidence**.

BEN RHODES, Detective, Reno Police Department, called on behalf of the Government, is sworn, examined on direct by Ms. Rachow, cross-examined by Ms. Wigren, and excused.

**IT IS ORDERED, the Government's Exhibit 4 is received into evidence**.

The Government rests. The Defense rests.

Ms. Wigren presents argument.

Ms. Rachow presents argument.

At 12:07 p.m., the Court recites findings.

**IT IS ORDERED, the Defendant's [62] Motion to Suppress is DENIED. IT IS SO ORDERED.**

The Court and counsel discuss the current trial date of Tuesday, March 13, 2018 at 9:00 am. Ms. Rachow confirms the setting date is agreeable. Ms. Wigren discusses a scheduling conflict due to a recent setting she just received for oral argument before the Ninth Circuit on March 14, 2018. The Court and counsel confer regarding commencing the jury trial on Thursday, March 15, 2018 at 9:00 am. Ms. Ristenpart, counsel for co-defendant Michael Miller (D-2) present in the courtroom this date, joins the discussion.

**IT IS ORDERED, Jury Trial (5 day estimate) currently set for Tuesday, March 13, 2018 at 9:00 a.m. is RESET for Thursday, March 15, 2018 at 9:00 a.m. in Reno Courtroom 4 before Judge Howard D. McKibben. IT IS SO ORDERED.**

The Defendant is remanded to custody.

At 12:24 p.m., the Court adjourns.

DEBRA K. KEMPI, CLERK

By: /s/ Paris Rich
Deputy Clerk